DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NOLAN M. WOODS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1502

[September 12, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 08CF009777AMB.

Nolan M. Woods, South Bay, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and FORST, JJ., concur.

*       *       *

*Not final until disposition of timely filed motion for rehearing.*